DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHANDRA KARAN, R.N.; ELIZABETH GARNER, R.N.; and CONCORDIA
OF FLORIDA, INC.,

Appellants,

v.

LINDA GREEN, as personal representative of the Estate of Robert J.
Green,

Appellee.

No. 2D2023-0606

_____

May 17, 2024

Appeal from the Circuit Court for Hillsborough County; Anne-Leigh
Gaylord Moe, Judge.

Christine R. Davis of Davis Appeals, PLLC, Tallahassee, for Appellants.

Christopher P. Jayson and Arthur B. Skafidas of Jayson, Farthing &
Skafidas, P.A., Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and KELLY, JJ., Concur.

_____

Opinion subject to revision prior publication.